IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| V. | § | MISC. ACTION NO. 6:06-MC-52 |
| | § | |
| LISA CURRIE | § | |
| | § | |
| Respondent. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. The Report of the Magistrate Judge, which contains his proposed findings of fact and recommendations has been presented for consideration (Doc. No. 5). The parties did not file any objections to the Report and Recommendations. The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings of this Court. Accordingly, it is

**ORDERED** that Plaintiff comply with the summonses issued by the Internal Revenue Service. A separate order compelling compliance shall issue forthwith.

**So ORDERED and SIGNED this 13th day of April, 2007.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**